973 A.2d 413

### George BURKHARDT, Petitioner

v.

**OFFICE OF DISTRICT ATTORNEY OF LANCASTER COUNTY, Lancaster Bureau of Police, Donald R. Totaro, Joseph C. Madenspacher, John A. Kenneff, and Michael Landis, Respondents.**

Supreme Court of Pennsylvania.

June 2, 2009.

## AMENDED ORDER

PER CURIAM.

**AND NOW,** this 2nd day of June, 2009, the Petition for Allowance of Appeal is denied.

Justice EAKIN did not participate in the consideration or decision of this matter.